JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
GIA JUNG (SBN 340160)
gjung@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THOMAS E. LOESER (CA SBN: 202724)
tloeser@cpmlegal.com
KARIN B. SWOPE *Pro Hac Vice Pending*
kswope@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs David Vita, Daniel Mariscal, Charles Fairchild, Faith Brown and the proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID VITA, DANIEL MARISCAL, CHARLES FAIRCHILD** and **FAITH BROWN**, on behalf of themselves and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>AT&T, INC.,<br><br>    Defendant. | NO.:<br><br>**DECLARATION OF DAVID VITA RE: CLRA VENUE** |

**CLASS ACTION COMPLAINT**

I, David Vita, hereby declare and state as follows:

1. I am a Plaintiff in the above-captioned action. Pursuant to Cal. Civ. Code § 1780(d), I make this declaration in support of the Class Action Complaint and the claim therein for relief under Cal. Civ. Code § 1780(a). I have personal knowledge of the facts stated herein and, if necessary, could competently testify thereto.

2. This action for relief under Cal. Civ. Code § 1780(a) has been commenced in a county that is a proper place for trial of this action because I am a citizen and resident of Mount Shasta, California, I provided my personal information to Defendant from Mount Shasta, California and I reside and receive bills in Mount Shasta, CA and a substantial portion of the transaction at issue in this case occurred there.

This declaration is signed under penalty of perjury under the laws of the State of California this 18th day of April, 2024.

*David Vita* (signature)

David Vita

DECL. OF DAVID VITA RE: CLRA VENUE     - 1